

**PRICE DANIEL**
ATTORNEY GENERAL

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN 11, TEXAS

August 5, 1948

Hon. Homer Dean, Jr.                    Opinion No. V-649
County Attorney
Jim Wells County                        Re: Assessment of costs
Alice, Texas                                 after placing an adult
                                             defendant on probation
  Attention: Hon.                            in a salary county.
  Parker Ellzey

Dear Sir:

          We refer to your letters in which you ask
if costs should be assessed against a defendant who
has been placed on probation after conviction in a
criminal case in a salary county. You have not re-
ferred us to any authority which distinguishes be-
tween fee counties and salary counties concerning
liability of a convicted defendant for costs in a
criminal case and we have found none. Therefore this
opinion applies to both such counties.

          Section 31 of Article 781b, Vernon's Code
of Criminal Procedure, reads:

          "For the purpose of determining when
     fees are to be paid to any officer or office,
     the placing of the defendant on probation
     shall be considered a final disposition of
     that case, without the necessity of waiting
     for the termination of the period of proba_
     tion or suspension of sentence."

          The language "for the purpose of determin-
ing when fees are to be paid to any officer or office"
makes plain that all such fees become due and payable
at the time the defendant is placed on probation so
that process may issue therefor. Language that is
plain is not subject to construction. The assessment
and collection of costs is not affected by placing the
defendant on probation.

## SUMMARY

Sec. 31 of Art. 781b, V. C. C. P. provides that the fees are to be paid to the officers at the time the defendant is placed on probation even though the case be tried in a salary county.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By W. T. Williams

W. T. Williams
Assistant

WTW:wb

APPROVED:

Fagan Dickson

FIRST ASSISTANT
ATTORNEY GENERAL